UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

| | | |
|---|---|---|
| PETER J. BIBBY | : | CA.NO. CA 08 225 ML |
| VS. | : | JURY TRIAL REQUESTED |
| RUSSELL ROBINSON, ROBINSON PLUMBING AND HEATING SUPPLY ET.AL. | : | |
| AND TOWN OF WRENTHAM ET.AL. | : | |
| AND JANE AND JOHN DOE ET.AL. | : | |

---

## CIVIL RIGHTS COMPLAINT WITH A JURY DEMAND

THIS IS A CIVIL ACTION PURSUANT TO 42 USC 1983 AND IS BEING FILED AGAINST THE ABOVE DEFENDANTS FOR DAMAGES.

## JURISDICTION

#1 THIS ACTION IS BEING BROUGHT AGAINST EACH OF THE DEFENDANTS PURSUANT TO 42 USC SECTION 1983 TO REMEDY VIOLATIONS OF THE FOURTH, EIGHTH, FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION. THIS COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS PURSUANT TO 28 USC SECTION 1343 (3).

## VENUE

VENUE IS PROPER IN THE FIRST DISTRICT OF PROVIDENCE, RHODE ISLAND PURSUANT TO 28 USC 1391 (B).

## PARTIES IN THIS ACTION

#2 PLAINTIFF IS PETER J. BIBBY, LOCATED AT P.O. BOX 8274, CRANSTON, RHODE ISLAND 02920, MEDIUM #1 #71058 FR1B.

#3 RUSSEL ROBINSON IS A DEFENDANT AND OWNER OF ROBINSON PLUMBING AND HEATING SUPPLY COMPANY WHO IS LOCATED IN CRANSTON, R.I. 02920

AND IS BEING SUED IN HIS INDIVUAL CAPACITY FOR HIS ACTIONS UNDER THE COLOR OF STATE LAW.

#4 TOWN OF WRENTHAM IS A DEFENDANT AND THEY ARE LOCATED AT 60 EAST AVENUE WRENTHAM, MASS 02093. AND ARE BEING SUED IN THERE INDIVUAL CAPACITYS FOR THERE ACTIONS UNDER THE COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT.

#5 JANE AND JOHN DOE ARE DEFENDANTS AND THAT EACH PARTY IS BEING SUED IN THERE INDIVUAL CAPACITYS FOR THERE ACTIONS UNDER THE COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT.

#6 EACH DEFENDANT LISTED HEREIN 3,4,AND 5 IS BEING SUED IN THERE INDIVUAL CAPACITYS AT ALL TIMES RELEVANT TO THIS COMPLAINT.

FACTS

#7 ON APRIL 28, 1999 THE PLAINTIFF WAS ORDERED TO PAY RESTITUTION FOR A CHECK THAT BOUNCED TO ROBINSON PLUMBING AND HEATING, HEREINAFTER LISTED AS DEFENDANT.

#8 PROBATION EXPIRED ON APRIL 27, 2001 AT WHICH TIME THE COURT EXTENDED THE PROBATION DUE TO THE PLAINTIFF'S CONTINUED INCARCER-ATION UNTIL OCTOBER 30, 2001, THIS INFORMATION WAS LEARNED UPON INFORMATION AND BELIEF SEE ATTACHED EXHIBIT A.

#9 ON OCTOBER 31, 2001 THE PROBATION DEPARTMENT FILED A VIOLATION OF PROBATION NOTICE WITH THE COURT DUE TO THE PLAINTIFF'S CONTINUED INCARCERATION HE WAS JUST RELEASED, THEREFORE UNABLE TO PAY PRIOR TO EXPIRATION OF PROBATION PERIOD.

#10 PLAINTIFF AGREED IN GOOD FAITH TO EXTEND PROBATION WITH THE COURTS PERMISSION AND WAS TO PAY $100.00 DOLLARS A MONTH THRU THE COURT.

#11 PLAINTIFF PAID FAITHFULLY ON AND THROUGH OUT HIS PROBATION PERIOD, DUE TO THE AMOUNT OF BUSINESS I WAS DOING THE DEFENDANTS

DEMANDED MORE MONEY ON THE BILL FROM THE CHECK, TO KEEP THE PEACE I INCREASED THE PAYMENTS SO TO BE ABLE TO CONTINUE DOING BUSINESS WITH DEFENDANTS.

#12 PLAINTIFF CONTACTED WRENTHAM PROBATION DEPARTMENT AND INFORMED THEM THAT THE DEFENDANT ROBINSON WAS PAID THRU PLAINTIFF PURCHASES IN FULL.

#13 PLAINTIFF CONTACTED THE DEFENDANTS REQUESTING THEM TO WRITE OR CALL THE PROBATION DEPARTMENT, SO AS TO LET THEM KNOW THAT I HAD PAID IN FULL PRIOR TO THE EXPIRATION OF MY PROBATION.

#14 DUE TO THE DEFENDANTS FAILURE TO CONTACT THE PROBATION DEPARTMENT AND PROBATION DEPARTMENTS NEGLECT IN CONFIRMING PLAINTIFF HAD PAID IN FULL, A WARRANT WAS ISSUED.

#15 AS A RESULT OF A SERIOUS ACCIDENT I MOVED AND WAS BED RIDDEN AND UNABLE TO FOLLOW THRU AND DID NOT RECEIVE NOTICE FROM PROBATION.

#16 PLAINTIFF WAS ARRESTED AND INCARCERATED 11/02/06 WITHOUT PROBABLE CAUSE AS A RESULT OF DEFENDANTS ACTIONS THROUGH NEGLIGENCE BY SEVERAL JANE AND JOHN DOES, SEE EXHIBIT B.

#17 UPON RELEASE FROM ACI PLAINTIFF WAS COURT ORDERED TO CONTACT THE WRENTHAM COURTS SO TO GET THE WARRANT LIFTED, PLAINTIFF CONTACTED THE PLAINVILLE POLICE DEPART[illegible] WHO SPOKE TO ROBERTA THE CREDIT MANAGER FROM ROBINSON PLUMBING, WHO INDICATED THAT THEY WERE PAID IN FULL,

#18 ON NOVEMBER 07, 2006 PLAINTIFF TURNED HIM SELF IN PER INSTRUCTION OF THE PLAINVILLE POLICE DEPARTMENT, WHO THEN TRANSPORTED THE PLAINTIFF TO THE WRENTHAM COURTS.

#19 IN FRONT OF THE JUDGE I EXPLAINED MY STORY, THE JUDGE THEN

ORDERED THE CLERKS TO CALL ROBERTA THE CREDIT MANAGER FROM ROBINSON PLUMBING AND HEATING WHO AGAIN CONFIRMED THAT THE CHECK HAD BEEN PAID IN FULL.

#20 BASED UPON THE STATEMENTS BY THE DEFENDANTS AGENT ROBERTA FROM ROBINSON PLUMBING AND HEATING SUPPLY THE JUDGE RELEASED ME AND TERMINATED MY PROBATION.

#21 UPON RELEASE THE PLAINTIFF CONTACTED RUSSEL ROBINSON WHO APOLIGIZED FOR HIS COMPANY NEGLIGENCE AND OFFERED ME A ADDITIONAL DISCOUNT OFF OF ANY FUTURE PURCHASES, I UPON HEARING THIS REQUESTED MY OUT OF POCKET EXPENSES, AND HE REFUSED.

#22 PLAINTIFF AT ALL TIMES WAS DILIGENT AND RESPECTFULL AND DID NOT CAUSE OR ATTEMPT TO CAUSE ANY OF THE DAMAGES THAT OCCURRED, THE DAMAGES RESULTED SOLELY BECAUSEOF THE DEFENDANTS NEGLIGENCE THRU LACK OF DUE DILIGENCE.

#23 PLAINTIFF WAS ARRESTED AND INCARCERATED BY SEVERAL JANE AND JOHN DOES WITHOUT PROBABLE CAUSE WHO VIOLATED MY FOURTH ,EIGHTH, FOURTEENTH AMENDMENTS RIGHTS, AS A RESULT OF THE DEFENDANTS NEGLIGENT ACTS.

#24 AS A DIRECT AND PROXIMATE RESULT OF THE NEGLIGENT ACTS BY THE DEFENDANTS THE PLAINTIFF SUFFERED THE FOLLOWING DAMAGES.

#25 LOSS OF LIBERTY

#26 LOSS OF INCOME

#27 EMOTIONAL DISTRESS CAUSED BY UNAVAILABILITY OF PLAINTIFF PAIN MEDICATION FOR HIS LOWER BACK PAIN (SEVERE ARTHRITIS).

#28 UNABLE TO COMPLETE SEVERAL JOBS.

#29 PLAINTIFF DEMANDS A JURY TRIAL.

WHEREFORE, THE PLAINTIFF PETER J. BIBBY DEMANDS JUDGEMENT IN AN AMOUNT SUFFICIENT TO INVOKE THE JURISDICTION OF THIS HONORABLE COURT TOGETHER WITH PUNATIVE, COMPENSATORY, MONITARY, AND ANY OTHER DAMAGES THIS HONORABLE COURT SEES FIT WITH ATTORNEY FEES INTERESTS AND COURT COSTS.

THIS ACTION IS PRO-SE AND AS A RESULT I WOULD LIKE TO QUOTE THE FOLLOWING: (HAINES VS. KERNER ) 404 U.S. 519, 30 LEd 2d 652, AND 92 S CT 594.

THE UNITED STATES SUPREME COURT HOLDS ALLEGATIONS OF A PRO-SE COMPLAINT TO LESS STRINGENT STANDARDS THAN FORMAL PLEADINGS DRAFTED BY LAWYERS.

DATED ON: MAY 23,2008

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

THE FOLLOWING ATTACHMENTS ARE A PART OF MY COMPLAINT AND IN SUPPORT THEREOF.

WAIVER OF EXTRADICTION
POLICE REPORT
DOCKET ENTRY SHEET

VERIFICATION

I PETER J. BIBBY HAVE VERIFIED THAT THE PARTIES AND FACTS LISTED AS ITEMS NUMBERS (2) THRU (29) ON THE COVER SHEET, PAGE 2,3, AND 4 ARE TRUE AND CORRECT.

PETER J. BIBBY PRO-SE