UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA.NO. 08-225 ML

VS. :

JOHN DOE ET.AL. ALIAS MICHAEL P. GREENLEAF; MICHAEL PROBATION OFC. AND TOWN OF WRENTHAM ET.AL. JANE AND JOHN DOE ET.AL; IN THERE INDIVUAL AND OFFICIAL CAPACITYS. :

# MOTION TO AMEND COMPLAINT

NOW COMES THE PLAINTIFF, PETER J. BIBBY, PRO-SE, AND HEREBY MOVES THIS HONORABLE COURT, PURSUANT TO RULE 15 (a) (1) (A), OF THE FEDERAL RULES OF CIVIL PROCEDURE, TO GRANT THE PLAINTIFFS MOTION TO AMEND HIS COMPLAINT.

DATED ON: AUGUST 05, 08

PRESENTED BY:

EXHIBITS ARE:
AMENDED COMPLAINT

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

## CERTIFICATION

I CERTIFY THAT ON 05 DAY OF AUGUST ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN MOTION TO AMEND COMPLAINT TOGETHER WITH EXHIBITS, THE AMENDED COMPLAINT, TO UNITED STATES DISTRICT COURT ATTENTION CLERK AT ONE EXCHANGE TERRACE FEDERAL BUILDING AND COURT HOUSE PROVIDENCE, R.I. 02903.

PETER J. BIBBY PRO-SE