UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA.NO.__________
VS :
JOHN DOE ET.AL. ALIAS MICHAEL P. :
GREENLEAF; MICHAEL PROBATION OFC. :
AND TOWN OF WRENTHAM ET.AL. AND :
JANE AND JOHN DOE ET.AL; IN THERE :
INDIVUAL AND OFFICIAL CAPACITYS :
:
:
:

==============================================================

CIVIL RIGHTS ACTION WITH A JURY DEMAND

THIS IS A CIVIL RIGHTS ACTION PURSUANT TO 42 USCS 1983, AND IS BEING FILED AGAINST THE ABOVE DEFENDANTS FOR DAMAGES.

JURISDICTION/VENUE

#1 THIS ACTION IS BEING BROUGHT AGAINST EACH OF THE DEFENDANTS PURSUANT TO 42 USCS 1983 TO REMEDY VIOLATIONS OF THE 4TH, 5TH, 8TH, AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION. THIS COURT HAS JURISDICTION OVER THE PLAINTIFFS CLAIMS PURSUANT TO 28 USC SECTION 1343 (3), VENUE IS PROPER IN THE FIRST DISTRICT OF PROVIDENCE, RHODE ISLAND PURSUANT TO 28 USC 1391 (B).

PARTIES IN THIS ACTION

#2 PLAINTIFF IS PETER J. BIBBY, WHO IS LOCATED AT P.O. BOX 8274 CRANSTON, R.I. 02920, MEDIUM #1.

#3 JOHN DOE, ALIAS MICHAEL P. GREENLEAF, MICHAEL PROB.OFC. IS A DEFENDANT LOCATED AT 60 EAST AVENUE WRENTHAM MASS. 02093, AND IS BEING SUED IN BOTH HIS INDIVUAL AND OFFICIAL CAPACITYS FOR HIS ACTIONS UNDER THE COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT.

#4 JANE AND JOHN DOE ET.AL. ARE DEFENDANTS AND ARE BEING SUED IN BOTH THERE INDIVUAL AND OFFICIAL CAPACITYS FOR THE ACTIONS UNDER THE COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT.

#5 TOWN OF WRENTHAM ET.AL. IS A DEFENDANT AND IS BEING SUED IN THERE INDIVUAL CAPACITYS FOR THERE ACTIONS UNDER THE COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT AND IS LOCATED AT 60 EAST AVENUE WRENTHAM MASS. 02093.

## FACTS

#6 ON APRIL 28, 1999, THE PLAINTIFF WAS ORDERED TO PAY RESTITUTION FOR A CHECK THAT BOUNCED TO ROBINSON PLUMBING AND HEATING SUPPLY CO. INC.

#7 PROBATION EXPIRED ON APRIL 27, 2001, AT WHICH TIME THE COURT EXTENDED THE PROBATION DUE TO THE PLAINTIFFS CONTINUED INCARCERATION UNTIL OCTOBER 10, 2001, SEE EXHIBIT A.

#8 ON OCTOBER 10, 2001, THE PROBATION DEPARTMENT FILED A VOP NOTICE WITH THE COURT, DUE TO THE PLAINTIFFS CONTINUED INCARCERATION HE WAS JUST RELEASED, THEREFORE UNABLE TO PAY PRIOR TO THE EXPIRATION OF THE PROBATION PERIOD, SEE EXHIBIT A.

#9 THE PLAINTIFF AGREED IN GOOD FAITH TO PAY $100.00 PER MONTH AS ORDERED BY THE COURT, AND WAS PAID IN ADVANCE.

#10 PLAINTIFF PAID FAITHFULLY ON AND THROUGH OUT HIS PROBATION PERIOD, DUE TO THE AMOUNT OF BUSINESS I WAS DOING WITH THE VICTIM ROBINSONS THEY DEMANDED MORE MONEY, TO KEEP THE PEACE I INCREASED THE PAYMENTS SO AS TO BE ABLE TO CONTINUE DOING BUSINESS WITH

ROBINSONS PLUMBING AND HEATING SUPPLY CO. INC.

#11 PLAINTIFF PAID IN FULL IN A SHORT PERIOD OF TIME AND CONTACTED THE PROBATION OFFICER JOHN DOE ALIAS MIKE, IN AN EFFORT TO CONTACT ALL OF THE PARTIES INVOLVED.

#12 PLAINTIFF ALSO CALLED ROBINSON PLUMBING AND REQUESTED THEM TO CONTACT PROBATION OFFICER JOHN DOE ALIAS MIKE SO TO CONFIRM THAT I HAD NO PROBLEMS, ROBINSONS IN THE TAKING OF MONIES OUTSIDE THE COURT ORDER CREATED A LEGAL DUTY TO REPORT THIS ACTION TO PROBATION DEPARTMENT OFFICER JOHN DOE ALIAS MIKE.

#13 WHEN MY PROBATION OFFICER MIKE REALIZED THAT I HAD PAID IN FULL HE FAILED TO ACT OR PERFORM AND REQUESTED A WARRANT WITHOUT PROBABLE CAUSE, SEE AFFIDAVIT ATTACHED.

#14 DUE TO THESE ACTIONS BY THE PROBATION OFFICE JOHN DOE ALIAS MIKE MY CONSTITUTIONAL RIGHTS WERE VIOLATED.

#15 PLAINTIFF PETER J. BIBBY WAS ARRESTED ON NOVEMBER 02, 2006, AS A DIRECT AND PROXIMATE RESULT OF THE ACTIONS BY JOHN DOE ALIAS PROBATION OFFICER MIKE AND SUFFERED THE FOLLOWING DAMAGES.

#16 ON NOVEMBER 07, 2006 THE PLAINTIFF PAID BAIL AND REPORTED TO PLAINVILLE POLICE DEPARTMENT AS INSTRUCTED, IN AN EFFORT TO HAVE THE WARRANT LIFTED, WHILE AT THE POLICE DEPARTMENT THE PROSECUTOR POLICE OFFICER CALLED AND CONFIRMED THAT ROBINSONS WERE PAID IN FULL, SEE EXHIBIT B.

#17 POLICE DEPARTMENT TRANSPORTED ME TO THE WRENTHAM COURTS WHO THEN RELEASED ME DUE TO THE FACT THAT ROBINSONS WERE PAID IN FULL SEE EXHIBIT C.

#18 UPON RELEASE I CALLED RUSSEL ROBINSON WHO WAS ALL APOLOGYS FOR WHAT HE SAID WAS HIS COMPANYS NEGLECT. I THEN REQUESTED MY OUT OF POCKET EXPENSES WHEN HE REFUSED.

#19 AS A DIRECT AND PROXIMATE RESULT OF THE ACTIONS OF JOHN DOE ALIAS MIKE MY PROBATION OFFICER, MY 4th, 5TH, 8TH, AND 14TH AMENDMENT RIGHTS WERE VIOLATED.

#20 DUE TO THESE ACTIONS BY MY PROBATION OFFICER MIKE, THE PLAINTIFF SUFFERED THE FOLLOWING DAMAGES.

#21 LOSS OF LIBERTY.
#22 EMOTIONAL DISTRESS AS A DIRECT RESULT OF SEVERE PAIN FROM ARTHRITIS.
#23 UNABLE TO COMPLETE SEVERAL JOBS.
#24 LOSS OF INCOME.

WHEREFORE, FOR THE REASONS STATED IN THIS COMPLAINT PLAINTIFF DEMANDS JUDGEMENT IN THIS ACTION INCLUDING PUNATIVE, COMPENSATORY MONITARY, AND ANY OTHER DAMAGES THIS COURT SEES FIT, TOGETHER WITH INTERESTS, COURT COSTS AND ATTORNEY FEES.

THE FOLLOWING ATTACHMENTS ARE A PART OF THIS COMPLAINT AND IN SUPPORT THEREOF:
WAIVER OF EXTRADICTION, POLICE REPORT, LETTER FROM ROBINSONS, AFFIDAVIT, AND PAYMENT SCHEDULE, DOCKET ENTRY SHEET, ACCOUNT HISTORY, FUGITIVE COMPLAINT.

THIS ACTION IS PRO-SE AND AS A RESULT I WOULD LIKE TO QUOTE THE FOLLOWING:
HAINES VS. KERNER 404 U.S. 519, 30 Led 2d 652, AND 92S CT 594.

THE UNITED STATES DISTRICT COURT HOLDS ALLEGATIONS OF A PRO-SE COMPLAINT TO LESS STRINGENT STANDARDS THAN FORMAL PLEADINGS DRAFTED BY LAWYERS.

DATED ON: AUGUST 5, 2008

PRESENTED BY:

[signature]

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058

## VERIFICATION

I PETER J. BIBBY HAVE VERIFIED THAT THE FACTS AND PARTIES ARE TRUE AND CORRECT AS STATED, THOSE FACTS THAT WERE LEARNED UPON INFORMATION AND BELIEF I BELIEVE THEM TO BE TRUE, BECAUSE THEY CAME TO ME FROM RELIABLE SOURCES, THE FACTS ARE ON PAGE # 2,3. AND 4, AND ARE LISTED AS ITEMS # 6-24, AND THE PARTIES ARE ON PAGE # 1 AND 2 AND ARE ITEMS # 1- 5.

DATED ON:
AUGUST 05, 2008

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058

UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA.NO.______________
VS. :
JOHN DOE ET.AL. ALIAS MICHAEL P. :
GREENLEAF; MICHAEL PROBATION OFC :
AND TOWN OF WRENTHAM ET AL. IN :
THERE INDIVUAL AND OFFICIAL :
CAPACITYS, JANE AND JOHN DOE ET AL

================================================================

AFFIDAVIT IN SUPPORT PURSUANT TO 28-USCS-1746

NOE COMES THE AFFIANT PETER J. BIBBY WHO STATES ON AUGUST 05,08 THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT PURSUANT TO THE PAINS OF PERJURY.

PRESENTED BY:
AUGUST 05, 2008

PETER J. BIBBY

THE PLAINTIFF IN THIS CASE HAS PAID $3290.00 TO THE COURT PURSUANT TO A AGREEMENT MADE ON 10/31/2001 THE AGREEMENT WAS TO RUN FOR (24) MONTHS AND TO EXPIRE ON 10/31/2003. SEE DOCKET ENTRY SHEET ATTACHED, ON MAY OF 2003 MY PROBATION OFFICER REQUESTED A WARRANT WITHOUT PROBABLE CAUSE, THE PLAINTIFF SHOULD HAVE PAID 19 PAYMENTS OR $1900.00 DOLLARS IN ACCORDANCE WITH THE COURT ORDER. BECAUSE I WAS CONTINUALLY DOING BUSINESS WITH ROBINSON PLUMBING AND HEATING SUPPLY AND TO KEEP TO GOOD FAITH I INCREASED THE PAYMENTS IN AN EFFORT TO SATISFY MY COURT ORDER AND PAY THEM THE MONEYS OWED. WHEN I PAID IN FULL ROBINSONS HAD A LEGAL DUTY TO REPORT THIS TAKING OF MONEYS OUTSIDE THE COURT ORDER, I REQUESTED THEM TO CALL I ALSO CALLED MIKE WHO I BELIEVE HIS NAME IS GREELEY BUT I AM NOT SURE OF THE SPELLING AND TOLD HIM THIS MY PROBATION OFFICER KNEW THAT I HAD JUST BEEN INVOLVED IN A SERIOUS ACCIDENT BECAUSE I CALLED HIM AROUND THAT TIME. I WAS BED RIDDEN AND UNABLE TO REPORT TO ANY PROBATION MEETINGS, OR TO PAY MORE MONEY

MR. GREELEY SHOULD BE ASSHAMED OF HISSELF TO INTENTIONALLY MANIPULATE THE SYSTEM IN AN EFFORT TO DEPRIVE SOMEONE OF THERE LIBERTY WHEN HE HAD A ACCOUNT SHEET THAT SAID I WAS MORE THAN CURRENT WITH MY PAYMENTS IS CRUEL AND UNUSUAL PUNISHMENT AND A VIOLATION OF MY 8TH AMENDMENT RIGHTS, FOR THIS REASON I BELIEVE THAT ANY IMMUNITY MIKE HAD SHOULD BE WAIVED. ROBINSON KNEW AND ALSO HAD A DUTY TO INSIST THIS PROBLEM WENT AWAY, WHY WOULD ANY PERSON WANT TO INFLICT INTENTIONAL EMOTIONAL DISTRESS, WITHOUT **PROBABLE** CAUSE? I BELIEVE THAT MR MICHAEL GREENLEAF OR GREENLEY WHAT EVER HIS LAST NAME IS SHOULD BE HELD RESPONSIBLE FOR HIS ACTIONS. I MADE A MISTAKE, BUT I PAID FOR IT, HE HAS NO RIGHT TO ANY IMMUNITY UNDER THESE CIRCUMSTANCES.

DATED ON:
AUGUST 05, 2008

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058

# EXHIBIT A

# CRIMINAL DOCKET

DOCKET NO.: 9957 CR 0087

COURT DIVISION: WRENTHAM

☐ Interpreter Required (language:)

ATTORNEY NAME: Atty Doyle - no fee

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
Peter J. Bibby
156 Pidge Ave.
Pawtucket, RI 02860

DEFT. DOB AND SEX: 1/17/53

OFFENSE CODE(S): 322

DATE OF OFFENSE(S): 11/14/98

PLACE OF OFFENSE(S): Plainville

COMPLAINANT: James Rockett

POLICE DEPARTMENT (if applicable): Plainville

DATE OF COMPLAINT: 1/11/99

RETURN DATE AND TIME: warrant

| DATE & JUDGE | DOCKET ENTRY |
|---|---|
| MAR 31 1999 | ☑ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft advised per 211D §2A<br>☐ Waiver of counsel found after colloquy |
| MAR 31 1999 Winslow 3-31-99 | Terms of release set:<br>☑ PR ☐ Bail:<br>☐ Held (276 §58A)<br>☐ See back for special conditions |
| | Arraigned and advised:<br>☑ Potential of bail revocation (276 §58)<br>☐ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10) |
| 4-28-99 | Advised of right to jury trial<br>☐ Does not waive<br>☑ Waiver of jury trial found after colloquy |
| | Advised of trial rights as pro se (Supp.R. 4) |
| | Advised of right of appeal to Appeals Ct (R. 28) |

COUNT-OFFENSE: A. LARCENY BY CHECK c266 s37 $3,252 -

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | 4,220 - | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 4-28-99 Crimmins

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ None of the above | ☐ Not Guilty<br>☑ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | ☐ Sufficient facts found but continued without guilty finding until:<br>☑ Probation 2 yrs ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>9 mos H/C susp Prob 4-27-01<br>FINAL DISPOSITION — JUDGE — DATE<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged |

COUNT-OFFENSE:

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE:

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ None of the above | ☐ Not Guilty<br>☐ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | ☐ Sufficient facts found but continued without guilty finding until:<br>☐ Probation ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>payt by 4-27-01<br>FINAL DISPOSITION — JUDGE — DATE<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged |

COUNT-OFFENSE:

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE:

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ None of the above | ☐ Not Guilty<br>☐ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | ☐ Sufficient facts found but continued without guilty finding until:<br>☐ Probation ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>FINAL DISPOSITION — JUDGE — DATE<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged |

COUNT-OFFENSE:

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE:

| DISPOSITION METHOD | FINDING | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ None of the above | ☐ Not Guilty<br>☐ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | ☐ Sufficient facts found but continued without guilty finding until:<br>☐ Probation ☐ Pretrial probation(276 §87) - until:<br>☐ To be dismissed upon payment of court costs/ restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)<br>FINAL DISPOSITION — JUDGE — DATE<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged |

☐ ADDITIONAL COUNTS ATTACHED

TRUE COPY ATTEST: X

CLERK-MAGISTRATE/ASST. CLERK

ON (DATE)

COURT ADDRESS: Wrentham District Court

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 1 | 3-31-99 | Arraign | ☐ Held ☒ Cont'd for Speedy Trial Habe Bristol Cty HC | | | | |
| 2 | 4-28-99 | PTH | ☐ Held ☐ Cont'd Habe | Winslow | | | |
| 3 | | | ☐ Held ☐ Cont'd | | | | |
| 4 | | | ☐ Held ☐ Cont'd | | | | |
| 5 | | | ☐ Held ☐ Cont'd | | | | |
| 6 | | | ☐ Held ☐ Cont'd | | | | |
| 7 | | | ☐ Held ☐ Cont'd | | | | |
| 8 | | | ☐ Held ☐ Cont'd | | | | |
| 9 | | | ☐ Held ☐ Cont'd | | | | |
| 10 | | | ☐ Held ☐ Cont'd | | | | |

ARR=Arraignment PT= Pretrial hearing CE = Discovery compliance & jury election T= Bench trial J = Jury trial PC = Probable cause hearing M = Motion hearing SR = Status review
SRP = Status review of payments FA = First appearance in jury session S = Sentencing CW = Continuance-without-finding scheduled to terminate P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted WAR = Warrant issued WARD = Default warrant issued WR = Warrant or default warrant recalled PR = Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 3-16-99 | Req Speedy Trial |
| APR 1 1 2001 | Prob Ext. 10/10/01 w/agreem't of Δ. CONNOR, J. |
| OCT 1 0 2001 | Prob. files notice of VOP hrg for 10/31/01. |
| 10-31-01 | Surr hrg cont to 12-12-01 9AM. Δ to pay $100- per month by the 15th of each month. Prob ext to 10-30-03 for payt of rest. - Dawley, J. |
| DEC 1 2 2001 | APO Esposito reports that Δ is compl w/order. Requests PTS 10-30-03, WINSLOW, J. |
| NOV 1 4 2002 | C; 12-18-02 SH prob. notified Δ by mail |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | √ WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |
| | | | | |
| | | | | |

DOCKET CONTINUATION

NAME OF CASE: Peter Bibby

DOCKET NUMBER: 99/0087

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | DEC 18 2002 | S.W, PTS, SOC. 10-30-03. [illegible] |
| | 4-23-03 | C: 5-21-03 SH prob. notified Δ |
| | | |
| | MAY 21 2003 | defaulted, default warr (9:30). [illegible] |
| | 11-07-06 | Arrested - Warr Rel. DRWR SH w/d |
| | | all monies paid Term reg prob - Powers |

# EXHIBIT B

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# WAIVER OF EXTRADITION PROCEEDINGS

RIDC1DC 4-7/r

| CITY/TOWN | COUNTY | DIVISION DISTRICT COURT | WAIVER DATE |
|---|---|---|---|
| PROVIDENCE | PROVIDENCE | 6TH | 11/3/06 |

| RESPONDENT | AGE | ADDRESS |
|---|---|---|
| PETER BIBBY | 53 | 15 AURORA ST. CRANSTON RI |

| FUGITIVE FROM STATE OF | HOLDING AGENCY |
|---|---|
| MA. | PROVIDENCE POLICE DEPT. |

I, the within named respondent, being a fugitive from justice, do hereby assert that I have been informed of my statutory rights under the laws of the State of Rhode Island and informed of the charges pending against me in the State from which I am fugitive and to which I shall be returned. Of my own free will and accord, without threat of penalty or promise of reward, I do hereby waive further legal, court, or extradition proceedings in the State of Rhode Island and consent to return, in custody, to the State from which I am fugitive for the purpose of answering to charges there pending against me.

I hereby release the State of Rhode Island and all of its officers and agents and the here named holding agency and its officers from any claim or cause of action arising incidental to my arrest and detention in the State of Rhode Island.

In witness whereof I affix my signature,

| DATE | SIGNATURE OF RESPONDENT |
|---|---|
| 11/3/06 | X [signature] |
| | JUDGE X [signature] HONORABLE ALBERT E DEROBBIO |

WITNESS [signature]

WITNESS X Deputy K. Dellinger #226

## ▼ RECEIVING OFFICER ▼

| CITY/TOWN | COUNTY | | DATE RECEIVED |
|---|---|---|---|
| RESPONDENT | RETURNING TO STATE OF | RHODE ISLAND CHARGES PENDING | |

I have received the body of the within named respondent for the purpose of immediately returning him/her as a prisoner to the State here named to answer charges there pending against him/her.

| AGENT, STATE OF | SIGNATURE OF RECEIVING OFFICER |
|---|---|
| | X |

| DISTRICT COURT NO. | COURT DIVISION<br>6th District | POLICE NO.<br>06-1 |
|---|---|---|

STATE OF RHODE ISLAND
DISTRICT COURT
**FUGITIVE COMPLAINT**

STATE EX REL VS. DEFENDANT (NAME AND ALIAS): PETER BIBBY ALIAS John DOE

DEFENDANT ADDRESS AND PHONE: 15 AURORA ST. CRANSTON RI
STREET CITY STATE PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. | DEMANDING STATE |
|---|---|---|---|---|
| 1/17/53 | 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 | | | |

| OFFENSE DATE | ☐ DIVERS DATE | OFFICER/COMPLAINANT | 30 DAY CONTROL DATE | DETERMINE ATTY DATE |
|---|---|---|---|---|
| 11/2/06 | | DET. John J. Coughlin | | |

POLICE DEPT./COMPLAINANT ADDRESS: PROV POLICE 325 WASHINGTON ST. PROV, RI

| 90 DAY CONTROL DATE | OTHER CONTROL DATE |
|---|---|
| | |

TO ANY JUDGE OR JUSTICE OF THE PEACE:

ON BEHALF OF THE STATE OF RHODE ISLAND I SWEAR THAT THE ABOVE NAMED DEFENDANT HAS FLED FROM JUSTICE IN THE STATE OF MASSACHUSETTS AND THAT:

(a) ☒ THE DEFENDANT IS CHARGED WITH COMMITTING THE CRIME OF LARCENY BY CHECK OVER $250.00 ON MAY 21, 2003.

(b) ☐ THE DEFENDANT HAS BEEN CONVICTED OF A CRIME IN THAT STATE AND HAS ESCAPED FROM CONFINEMENT.

(c) ☐ THE DEFENDANT HAS BROKEN THE TERMS AND CONDITIONS OF BAIL, PROBATION OR PAROLE.

THE STATE OF MASSACHUSETTS HAS GIVEN ASSURANCE THAT THEY WILL IMMEDIATELY COMMENCE RENDITION PROCEEDINGS AND WILL EXTRADITE THE ABOVE NAMED DEFENDANT TO THE DEMANDING STATE.

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X DET [signature] | 11/3/06 | X [signature] | 11/3/06 |

**ARRAIGNMENT**

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | EXTRADITION WAIVED | BAIL | ATTORNEY NAME | |
|---|---|---|---|---|---|
| 11/3/06 | ☒ YES ☐ NO | ☒ YES ☐ NO | $ [illegible] | | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. |

IN ACCORDANCE WITH R.I. GEN. LAWS § 12-9-18, THIS MATTER IS CONTINUED FOR FURTHER HEARING NOT TO EXCEED (30) DAYS:

Waiver to be picked up By MASS [illegible]

HEARING DATE 12/ /06

| JUDGE | DATE |
|---|---|
| X [signature] | 11/3/06 |

**REASSIGNMENT**

IN ACCORDANCE WITH R.I. GEN. LAWS § 12-9-20, THE COURT HEREBY GRANTS AN EXTENSION FOR AN ADDITIONAL PERIOD NOT TO EXCEED (60) DAYS FOR A GOVERNOR'S WARRANT TO ISSUE:

HEARING DATE ______

| JUDGE | DATE |
|---|---|
| X | |

DEFENDANT COPY POLICE COPY ATTORNEY GENERAL COPY

# EXHIBIT C

**ROBINSON PLUMBING & HEATING SUPPLY CO., INC.**

Plainville Police Dept
157 South St
Plainville MA 02762

November 6, 2006

Dear Det. Floyd:

Please be advised that Peter Bibby was arrested this past weekend for bouncing check # 1114 submitted to Robinson Plbg & Htg Supply Co. Inc. on November 14, 1998.

This check was replaced in 2003. Mr. Bibby does not owe Robinson Plbg & Htg Supply Co. Inc. for this check.

Sincerely,

Roberta E Davis
Credit Manager

1082.125

195 BROADWAY • FALL RIVER, MA 02721 • 508-675-7433 • FAX 508-677-1266
45 INDUSTRIAL PARKWAY • WOBURN, MA 01801 • 781-933-1355 • C.I.T. AVENUE • HYANNIS, MA 02601 • 508-775-4115
147 WASHINGTON STREET • PLAINVILLE, MA 02762 • 508-643-1300 • 1 FREEWAY DRIVE • CRANSTON, RI 02910 • 401-467-0200
226 PRESTIGE PARK ROAD • EAST HARTFORD, CT 06108 • 860-291-9260 • FAX 860-291-9551

COURT NAME : WRENTHAM DISTRICT COURT MASS TRIAL COURTS PAGE NO. 1
RUN DATE : 05/[illegible] ACCOUNT HISTORY
ACCOUNT NUM: [redacted]

PAYOR INFO : PETER J BIBBY
172 MEADOW STREET
PAWTUCKET RI 02860

REF NUMBER: 1082125
SOC SEC NO: [redacted]
SEX : M
BIRTH DATE: [redacted]
TELEPHONE :

PAYEE INFO : ROBINSON SUPPLY
147 WASHINGTON STREET
PLAINVILLE MA 02762

REF NUMBER: 345539
SOC SEC NO: 999 99 9999

EMPLOYER : NOT APPLICABLE

CHECK TO : PAYEE ABOVE

JUDGE : RCE SUPP SAYS PD IN FULL 11/06
DOCKET NUMBER : 99/0087
PROBATION OFFICER : MICHAEL P GREENLEAF
OFFENSE CODE : RESTITUTION ADULT
FREQUENCY : ONE TIME
WSO CODE :
IV-D STATUS :

WAGE ASSIGNMENT : NO
WORK PLAN : NO
PASS THRU : NO
PATERNITY ESTABLSHED: NO
ACCEPT RECEIPTS : YES
PAY AHEAD : YES
ALLOW DISBURSEMENTS : YES

COURT ORDERED AMT: 3,290.00
PAYMENT AMOUNT : 4,220.00
EXTRA PAYMENT AMT: .00
TOTAL CHARGED : .00
AMOUNT PAID TO DT: 3,290.00
ARREARS : 3,290.00-
BALANCE : .00

ENTERED : 05/06/99
STARTED :
REVIEW : 09/09/99
LAST RCPT : 12/18/02
LAST DISB : 12/24/02
IN DEFAULT: YES

COURT ORDER: 04/28/99
CALC THRU :
SUSP START :
SUSP END :
ACCT CLOSED: YES

****** ACCOUNT TRANSACTIONS ******

| EFF DATE | POST DT | TRANS TYPE | | AMOUNT | P | BATCH | EFF DATE | POST DT | TRANS TYPE | | AMOUNT | P | BATCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT ORDER AMT: | 4,220.00 TO | | 3,290.00 | | | | 12/24/02 | 12/24/02 | DISBURSEMENT | 000027324 | 600.00 | Y | *02358 |
| 12/18/02 | 12/18/02 | PAYMENT-CASH | | 800.00 | Y | 121802C | 04/23/02 | 04/23/02 | DISBURSEMENT | 000026305 | 750.00 | Y | *02113 |
| 04/18/02 | 04/18/02 | PAYMENT-CASH | | 750.00 | Y | 041802C | 12/12/01 | 12/12/01 | DISBURSEMENT | 000025651 | 100.00 | Y | *01346 |
| 12/12/01 | 12/12/01 | PAYMENT-CASH | | 100.00 | Y | 121201C | 11/16/01 | 11/16/01 | DISBURSEMENT | 000025554 | 100.00 | Y | *01320 |
| 11/16/01 | 11/16/01 | PAYMENT-CHECK | 532560 | 100.00 | Y | 111601M | 11/06/01 | 11/06/01 | DISBURSEMENT | 000025513 | 1,300.00 | Y | *01310 |
| 11/01/01 | 11/01/01 | PAYMENT-CASH | | 1,300.00 | Y | 110101C | 06/26/01 | 06/26/01 | DISBURSEMENT | 000024922 | 90.00 | Y | *01177 |
| 06/25/01 | 06/25/01 | PAYMENT-CHECK | 5176040 | 90.00 | Y | 062501M | 10/31/00 | 10/31/00 | DISBURSEMENT | 000023957 | 90.00 | Y | *00305 |
| 10/27/00 | 10/27/00 | PAYMENT-CHECK | 4330842 | 80.00 | Y | 102700M | 08/15/00 | 08/15/00 | DISBURSEMENT | 000023689 | 40.00 | Y | *00228 |
| 08/15/00 | 08/15/00 | PAYMENT-CHECK | 0821157 | 40.00 | Y | 081500M | 08/03/00 | 08/03/00 | DISBURSEMENT | 000023648 | 40.00 | Y | *00216 |
| 08/03/00 | 08/03/00 | PAYMENT-CHECK | 3213955 | 40.00 | Y | 080300M | | | | | | | |