UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER J. BIBBY

v. CA 08-225 ML

RUSSELL ROBINSON, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Senior United States Magistrate Judge Hagopian on July 8, 2008. Magistrate Judge Hagopian recommends dismissal of Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

Plaintiff has filed a response to the Report and Recommendation, however, that response does not cure the pleading deficiencies noted in the Report and Recommendation.

This Court has reviewed the Complaint and the Report and Recommendation and agrees with the Magistrate Judge's conclusions. Accordingly, the Report and Recommendation is adopted it its entirety. The Complaint is dismissed for failure to state a claim upon which relief may be granted.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 20, 2008